UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

DORSEY HOWARD, JR.,

                          Plaintiff,

                                                  Civil No. 07-2987 (JRT/SRN)

v.

ROBERT M. SMALL, JUDITH               **ORDER ADOPTING**
HAWLEY, JAMES M. GROCHAL,      **REPORT AND RECOMMENDATION**
ROBERT PAULE, SERGANT BERENS,     **OF MAGISTRATE JUDGE**
and MANDY D.,

                          Defendants.

_____

    Dorsey Howard, Jr., #206000, MCF- Rush City, 7600 525th Street, Rush City, MN 55069, platintiff *pro se*.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. Plaintiff's application for leave to proceed <u>in forma pauperis</u>, [Docket No. 2], is **DENIED**; and

    2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 13, 2007
at Minneapolis, Minnesota.                                     s/John R. Tunheim
                                                                             JOHN R. TUNHEIM
                                                                        United States District Judge